# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **LUIS LOPEZ** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION FILE NO.** |
| | : | **1:16-cv-02560-WSD** |
| **v.** | : | |
| | : | |
| **UNLIMITED LANDSCAPING &** | : | |
| **TURF MANAGEMENT, INC. AND** | : | |
| **KEVIN SCOTT WHITEHEAD,** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Luis Lopez ("Plaintiff"), together with each of the named Defendants in this action (collectively, the "Defendants"), by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned action is hereby dismissed with prejudice. Further, each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 11th day of September, 2017.


*/s/James M. Loren Esq.*
James M. Loren  (Bar No. 551363)
jloren@lorenlaw.com
Goldberg & Loren, PA
100 S. Pine Island Road, Suite 132
Plantation, FL 33324

*/s/ Kenneth W. Stroud, Esq.*
Kenneth W. Stroud
(GA Bar No. 940329)
Kenny@lawcps.com
Carter Pilgrim Stroud, LLC
3725 Lawrenceville-Suwanee Road

Telephone: (469) 241-4111
Facsimile:  (954) 585-4886

*Attorneys for Plaintiff*

Suite A-4
Suwanee, Georgia 30024
T:  (770) 945-2320

*Attorneys for Defendants*